[No. 39950-1-I.    Division One.    June 22, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE DYSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-05279-1, Richard D. Eadie, J., entered December 16, 1996. *Affirmed* by unpublished per curiam opinion. Now published at 91 Wn. App. 761.

[Nos. 39973-0-I; 40722-8-I.    Division One.    June 22, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. NICKEY DAVID LUTE, *Appellant*.

*In the Matter of the Personal Restraint of* NICKEY D. LUTE, *Petitioner.*

Appeals from a judgment of the Superior Court for King County, No. 94-1-06007-1, Richard A. Jones, J., entered January 23, 1995, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished per curiam opinion.

[No. 40055-0-I.    Division One.    June 22, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. VIRGIL R. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-02623-5, John M. Darrah, J., entered January 16, 1997. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Baker, JJ.

[No. 40064-9-I.    Division One.    June 22, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DARYLL LEE HENNINGS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-03346-1, William L. Downing, J., entered December 23, 1996. *Affirmed* by unpublished per curiam opinion.